| | | | |
|---|---|---|---|
| St. Hilaire v. Office of Open Records (Pennsylvania Dept. of Corrections); Pennsylvania Dept. of Corrections, In re [41] .. | 04/06/2016 976 MAL (2015) | Denied | Pa.Cmwlth., 128 A.3d 859 |
| Younger v. Kerestes | 04/06/2016 477 WAL (2015) | Denied | Pa.Cmwlth., 124 A.3d 426 |
| Zurich American Ins. Co. v. Bureau of Workers' Compensation Fee Review Hearing Office; Lehigh Valley Hosp., In re ...... | 04/12/2016 815 MAL (2015) | Denied | |

41. Justice WECHT notes his dissent.